IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICHARD JOHNSON, #065808,<br>  PETITIONER,<br><br>v.<br><br>NAVARRO COUNTY SHERIFF,<br>  RESPONDENT. | §<br>§<br>§<br>§<br>§ CIVIL CASE NO. 3:25-CV-2731-N-BK<br>§<br>§<br>§ |

AMENDED ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is Petitioner's *Plain Error* notice, which was stamp-filed on November 6, 2025. Doc. 8. The clerk of court docketed the *Plain Error* notice shortly before the court entered its November 14, 2025 order adopting the findings, conclusions, and recommendation ("FCR") of the United States Magistrate Judge and its judgment dismissing the petition for writ of habeas corpus. Doc. 9-10. Applying the prison mailbox rule, the court deems the *Plain Error* notice to be timely objections to the FCR.

Following *de novo* review of the FCR and consideration of Petitioner's construed objections, the court overrules the objections and adheres to its November 14, 2025 order adopting the FCR. Therefore, the judgment remains undisturbed.

SO ORDERED this 17th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE